# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Shawn Flynn,

    Plaintiff

v.

James Dzurenda, et al.

    Defendants

Case No.: 2:19-cv-00213-JAD-BNW

**Order Granting Motion to Extend Time**

[ECF No. 22]

    Pro se prisoner Shawn Flynn brings this civil-rights action to challenge the medical treatment he has been receiving—or not receiving—during his incarceration with the Nevada Department of Corrections. Defendants move to dismiss Flynn's claims,[1] and Flynn asks for additional time to oppose that motion because he receives limited law-library time.[2] With good cause appearing, IT IS HEREBY ORDERED that Flynn's motion to extend his deadline to respond to the motion to dismiss **[ECF No. 22] is GRANTED. Flynn's deadline to oppose the motion to dismiss [ECF No. 16] is extended to August 9, 2019.**

    Dated: July 16, 2019

                                                  _____
                                                  U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 16.

[2] ECF No. 22.