# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHAWN FLYNN, | ) | 2:19-CV-0213-MMD-CLB |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 20, 2020 |
| JAMES DZURENDA, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:           LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed plaintiff's emergency motion for preliminary injunction (ECF No. 43).  All briefing on this motion is hereby **STAYED**.  The courtroom administrator will contact the parties to set a hearing as soon as possible to discuss the status of this case and the briefing procedure for this motion.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:           /s/
       Deputy Clerk