UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHAWN FLYNN, | ) | 2:19-CV-0213-MMD-CLB |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | March 4, 2020 |
| JAMES DZURENDA, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff emergency motion/notice to the court/objection to class action (ECF No. 48) is hereby **STRICKEN**. Plaintiff was appointed counsel in September 2019 (ECF No. 31). Therefore, plaintiff is not permitted to file any papers or pleading *in pro se* while represented by counsel. LR IA 11-6.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:     /s/
Deputy Clerk