Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamlegal.com
*Attorney for the Plaintiff,
Shawn Flynn*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN FLYNN,<br><br>       Plaintiff,<br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>       Defendants. | Case No.: 2:19-cv-00213-MMD-CLB |

## SUBSTITUTION OF ATTORNEYS

Plaintiff, SHAWN FLYNN, in the above-entitled action, hereby substitutes and appoints Ryan A. Hamilton, Esq. of HAMILTON LAW, as his attorney in the place and stead of Frederick Melms, Esq. of THE LEGAL AID CENTER OF SOUTHERN NEVADA.

Dated this 8th day of October 2020.

By: _____  10/8/2020
       Shawn Flynn

1  Frederick Melms, Esq. of THE LEGAL AID CENTER OF SOUTHERN NEVADA hereby
2  consents to the substitution of the law firm of HAMILTON LAW as attorneys for Shawn Flynn.
3  Dated this 8th day of October 2020.

*Frederick Melms*
Frederick Melms, Esq.
Nevada Bar No.: 15143C
6329 Spindrift Foam Ave
Las Vegas, NV 89139
Phone: (775) 892-3023
Fax: (775) 449-4304
*Attorneys for Plaintiff,*
*Shawn Flynn*

11  HAMILTON LAW hereby accepts substitution as attorneys for Shawn Flynn in the above-
12  entitled action.
13  Dated this 8th day of October 2020.

Ryan A. Hamilton, Esq.
Nevada Bar No.: 11587
5125 S. Durango, Suite C
Las Vegas, NV 89113
Phone: (702) 818-1818
Fax: (702) 974-1139
*Attorneys for Plaintiff,*
*Shawn Flynn*

IT IS SO ORDERED.

Dated:  October 19, 2020

_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of HAMILTON LAW, LLC, and that on this 14th day of October, 2020, **SUBSTITUTION OF ATTORNEYS** was served electronically via the Court's electronic service system to the following persons:

Frederick Melms, Esq.
6329 Spindrift Foam Ave
Las Vegas, NV 89139
Melms2010@gmail.com

Douglas R. Rands, Esq.
Aaron D. Ford, Esq.
Nevada Attorney General
100 N. Carson Street
Carson City, NV 89701
drands@ag.nv.gov
khodges@ag.nv.gov
lpenny@ag.nv.gov

_____
Employee of
Hamilton Law, LLC

3